# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**ELI LONG MALAVE,**

> **Petitioner,**

**v.**                                        **Case No. 3:21cv130-MCR/MAF**

**RICKY D. DIXON, Secretary,**
**Florida Department of Corrections,**

> **Respondent.**

_____/

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge.  ECF No. 13.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).  The Court has considered the timely filed objections *de novo.* ECF No. 16.  Significantly, statements in a plea proceeding present a "formidable barrier in any subsequent collateral proceedings" and "carry a strong presumption of verity."  *Blackledge v. Allison*, 431 U.S. 63, 73–74 (1977).  Malave's own admissions in the plea proceeding refute nearly all of his arguments, as determined in the Report and Recommendation, as well as his objections, which raise the same arguments.  On *de novo* review, the Court finds no unreasonable application of clearly established federal law or that any decision was

based on an unreasonable determination of the facts. *See* 28 U.S.C. § 2254(d)(1)-(2). The Court also finds no substantial claim exists to overcome the procedural default alleged by collateral counsel, within the meaning of *Martinez v. Ryan*, 566 U.S. 1, 9 (2012). Therefore, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order, and the Objections are OVERRULED.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 17th day of January 2024.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**